## IN THE SUPREME COURT OF THE STATE OF NEVADA

GINA FIORE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE CHARLES J.
HOSKIN, DISTRICT JUDGE,
Respondents,
and
DOUGLAS BROFMAN,
Real Party in Interest.

No. 82368

**FILED**

FEB 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This petition for a writ of mandamus or prohibition challenges a district court order reassigning the underlying case to another judicial department. Having considered the petition and the supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. NRS 34.160; NRS 34.320; *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition); *see Walker v. Second Judicial Dist. Court*, 136 Nev., Adv. Op. 80, 476 P.3d 1194, 1196-97 (2020) (outlining the conditions requisite for invoking traditional and advisory mandamus). Accordingly, we

ORDER the petition DENIED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

21-04420

cc: Hon. Charles J. Hoskin, District Judge
Chesnoff & Schonfeld
Douglas Brofman
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A